1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Wilson RODRIGUEZ MACARENO,

                              Plaintiff,

        v.

Joel THOMAS, in his official and individual
capacities; Craig GARDNER, in his official
and individual capacities; Peter TIEMANN,
in his official and individual capacities;
Arthur STEPHENSON, in his official and
individual capacities; and CITY OF
TUKWILA,

                              Defendants.

No. 2:18-cv-00421-RAJ

JOINT NOTICE OF SETTLEMENT

**Clerk's Action Required**

        Plaintiff and Defendants, by and through counsel of record, hereby notify the Court

of a settlement involving all claims against Defendants.  All claims against Defendants in

this action have been resolved.  The parties request the current pending motions, as well as

the scheduled trial date, be stricken from the calendar.  The parties anticipate filing a

stipulated order for dismissal by July 8, 2019.

///

///

///

///

NOTICE OF SETTLEMENT - 1
2:18-cv-00421-RAJ
1002-01349/433241

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

DATED:  May 28, 2019

NORTHWEST IMMIGRANT RIGHTS PROJECT

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Matt Adams*

Matt Adams, WSBA #28287

*/s/ Leila Kang*

Leila Kang, WSBA #48048

*/s/ Aaron Korthuis*

Aaron Korthuis, WSBA #53974

615 Second Avenue, Suite 400
Seattle, WA 98104
Phone: (206) 957-8611
matt@nwirp.org
leila@nwirp.org
aaron@nwirp.org

*Attorneys for Plaintiff*

*/s/ Shannon Ragonesi*

Shannon M. Ragonesi, WSBA #31951
Derek C. Chen, WSBA #49723
Attorneys for Defendants
801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: sragonesi@kbmlawyers.com

*Attorneys for Defendants*

NOTICE OF SETTLEMENT - 2
2:18-cv-00421-RAJ
1002-01349/433241

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Matt Adams, WSBA #28287
Leila Kang, WSBA #48048
Aaron Korthuis, WSBA #53974
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA  98104
T: 206.957.8611
Email:  matt@nwirp.org
leila@nwirp.org
aaron@nwirp.org
sydney@nwirp.org

**Attorneys for Co-Counsel for Defendants**

Rachel B. Turpin
KENYON DISEND
11 Front Street
Issaquah, WA 98027-3820
T: 425.392.7090 Ext. 2210
F: 425.392.7071
Email:  rachel@kenyondisend.com
kathy@kenyondisend.com
margaret@kenyondisend.com
sheryl@kenyondisend.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

DATED:  May 28, 2019

/s/ Christine Jensen Linder
Christine Jensen Linder
Email: clinder@kbmlawyers.com

NOTICE OF SETTLEMENT - 3
2:18-cv-00421-RAJ
1002-01349/433241

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423