Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILSON RODRIGUEZ MACARENO,

                    Plaintiff(s),

    v.

JOEL THOMAS, *et al.*,

                    Defendant(s).

CASE NO. C18-421 RAJ

ORDER OF DISMISSAL

THE COURT having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees. In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed no later than **21 days** from the date of this Order. The trial date, the pretrial conference, and all remaining pretrial deadlines are hereby STRICKEN.

DATED this 31st day of May, 2019.

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1